UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

MORRIS & DICKSON CO., LLC      CIVIL ACTION NO. _____

v.      JUDGE_____

JEFFERSON B. SESSIONS, III, ET AL      MAGISTRATE JUDGE_____

## VERIFICATION

STATE OF LOUISIANA

PARISH OF CADDO

BEFORE ME, the undersigned Notary Public, came and appeared Paul M. Dickson, who, after being duly sworn, stated that:

1.

I am over eighteen (18) years of age, and am fully competent to make this Verification. I am the President of Morris & Dickson Co., LLC ("Morris & Dickson"). After graduating college with a bachelor's degree in business, I joined my brothers and father in active management our family wholesale drug business, which was founded in 1841 and has been in continuous operation for over 177 years in Shreveport, Louisiana. My executive role at the company was focused on operations from 1984 to 2012. Acting effectively as the chief executive officer of operations, and managing a wholesale drug warehouse, I was personally responsible, and actively engaged the national efforts to combat narcotic drug diversion. For the last four years I have served of President of Morris & Dickson Co. LLC.

2.

The matters set forth in this Verification are based on my personal knowledge.

3.

I have reviewed the Motion for Temporary Restraining Order filed by Morris & Dickson. All the allegations therein are true and correct to the best of my knowledge, information, and belief.

_____
PAUL M. DICKSON

SWORN TO AND SUBSCRIBED BEFORE ME, on this 3rd day of May, 2018, in Shreveport, Parish of Caddo, State of Louisiana.

_____
NOTARY PUBLIC