| State | Feb-17 | Feb-18 | % |
|---|---:|---:|---:|
| AL | 599718 | 569190 | -5.09% |
| AR | 623460 | 511678 | -17.93% |
| GA | 572005 | 494041 | -13.63% |
| IL | 35569 | 40346 | 13.43% |
| KS | 92946 | 69970 | -24.72% |
| KY | 36999 | 15259 | -58.76% |
| LA | 3372088 | 2759242 | -18.17% |
| MO | 764759 | 458367 | -40.06% |
| MS | 1822700 | 1551811 | -14.86% |
| NM | 24688 | 30893 | 25.13% |
| OK | 1945497 | 1620020 | -16.73% |
| TN | 2012333 | 1330298 | -33.89% |
| TX | 4629139 | 3104168 | -32.94% |