UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MORRIS & DICKSON CO., LLC | CIVIL ACTION NO. _____ |
| v. | JUDGE_____ |
| JEFFERSON B. SESSIONS, III, ET AL | MAGISTRATE JUDGE_____ |

**TEMPORARY RESTRAINING ORDER**

Upon consideration of the Motion for Temporary Restraining Order (the "Motion") filed in accordance with Federal Rule of Civil Procedure 65, Movers, Morris & Dickson Co., LLC and Morris & Dickson Co., LLC d/b/a Spark Drug, Inc. ("Morris & Dickson"), and related filings in this matter, the Court concludes that the Motion should be granted. The Court finds that Morris & Dickson has demonstrated that it will likely succeed on the merits of its challenge to the Order to Show Cause and Immediate Suspension of Registration (the "License Suspension Order") executed on May 2, 2018 to Morris & Dickson; that Morris & Dickson will likely suffer irreparable harm from the continued suspension by the Drug Enforcement Administration (the "DEA") of the DEA Certificates of Registration Nos. RM0314790 and RM0335732 (the "Certificates") at issue before the Defendants may be heard in opposition; and both the balance of hardships and the public interest favor granting a temporary restraining order.

IT IS THEREFORE HEREBY ORDERED THAT:

(1) Defendants, Jefferson B. Sessions, III, the United States Department of Justice, Robert W. Patterson, (the "Defendants"), or anyone acting on their behalf are hereby prohibited from enforcing the Order to Show Cause and Immediate Suspension of Registration (the "License Suspension Order") executed on May 2, 2018 to Morris & Dickson, which purports to immediately suspend;

(2) Defendants are hereby directed to immediately return any registrations, licenses, or forms to Morris & Dickson to make this Court's temporary restraining order effective;

(3) Defendants are hereby directed to return or unseal any controlled substances seized or placed under seal in connection with the License Suspension Order; and

(4) the foregoing status quo is hereby maintained pending a preliminary injunction and in due course, the conclusion of this case.

IT IS FURTHER HEREBY ORDERED THAT this Order shall remain in effect pending resolution of a motion for preliminary injunction unless terminated earlier by order of this Court.

This _____ day of May, 2018.

_____
Hon. United States District Judge