UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MORRIS & DICKSON CO., LLC | CIVIL ACTION NO. 18-cv-00605 |
| v. | JUDGE ELIZABETH E. FOOTE |
| JEFFERSON B. SESSIONS, III, ET AL | MAGISTRATE JUDGE HORNSBY |

**NOTICE OF DISMISSAL**

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Morris & Dickson Co., LLC ("Morris & Dickson"), which files this Notice of Dismissal and represents as follows:

1. On May 3, 2018, the Drug Enforcement Administration ("DEA") served an Order To Show Cause And Immediate Suspension of Registration ("ISO") upon Morris & Dickson, requiring Morris & Dickson to immediately halt shipment of all controlled substances.

2. Later that same day, Morris & Dickson filed a Complaint for Injunctive Relief and Motion for Temporary Restraining Order against Jefferson B. Sessions, III, the United States Department of Justice, the DEA, and the Acting Administrator of the DEA, Robert W. Patterson (collectively "Defendants") seeking to enjoin Defendants from enforcing the ISO (Rec. Docs. 1, 2).

3. After a hearing on May 8, 2018, the Court granted Morris & Dickson's Motion for Temporary Restraining Order, and set Morris & Dickson's request for a preliminary injunction for hearing on May 22, 2018. (Rec. Doc. 16).

4. On May 15, 2018, Morris & Dickson filed its Motion for Preliminary Injunction and Memorandum in Support. (Rec. Doc. 25).

5. On May 18, 2018, the Acting Administrator of the DEA, Robert W. Patterson, entered an Order rescinding the ISO. (Rec. Doc. 28-1).

6. In light of the DEA's rescission of the ISO, Morris & Dickson's Motion for Preliminary Injunction is now moot.

7. Accordingly, Morris & Dickson desires to dismiss this action without prejudice pursuant to Federal Rule of Civil Procedure 41.

8. Morris & Dickson may dismiss this action without a Court order. *See* Fed. R. Civ. P. 41(a)(1)(A)(i). Furthermore, this action should be dismissed without prejudice because Morris & Dickson has not previously dismissed any federal or state cause of action based on or including the same claims. S*ee* Fed. R. Civ. P. 41(a)(1)(B).

WHEREFORE, Morris & Dickson hereby dismisses this action against Defendants without prejudice.

Respectfully submitted,

By: /s/  *Reid A. Jones*
Frank H. Spruiell, Jr.,  La. Bar No. 1611
Reid A. Jones, La. Bar No. 34611
WIENER, WEISS & MADISON
A Professional Corporation
333 Texas Street, Suite 2350 (71101)
P. O. Box 21990
Shreveport, Louisiana  71120-1990
Telephone: (318) 226-9100
Facsimile: (318) 424-5128
Email:  fspruiell@wwmlaw.com
Email:  rjones@wwmlaw.com

Jodi Avergun (*pro hac vice*), N.Y. Bar No. 2166668
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, N.W.
Washington, D.C.  20001
Telephone:  (202) 862-2200
Facsimile:  (202) 862-2400
Email:  jodi.avergun@cwt.com

*Counsel for Morris & Dickson Co., LLC*

## **CERTIFICATE OF SERVICE**

I certify that on this 21st day of May, 2018, I have served a copy of the above and foregoing on all counsel of record through the Court's CM/ECF system.

   s/   *Reid A. Jones*     
Reid A. Jones
