UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| MORRIS & DICKSON CO., LLC | CIVIL ACTION NO. 18-cv-00605 |
| v. | JUDGE ELIZABETH E. FOOTE |
| JEFFERSON B. SESSIONS, III, ET AL | MAGISTRATE JUDGE HORNSBY |

## **ORDER**

Considering the Notice of Dismissal filed by Morris & Dickson Co., LLC (Rec. Doc. 31);

IT IS HEREBY ORDERED THAT Morris & Dickson Co., LLC's claims in this action be and are hereby dismissed without prejudice.

THUS DONE AND SIGNED this _____ day of May, 2018, in Shreveport, Louisiana.

_____
JUDGE ELIZABETH E. FOOTE
WESTERN DISTRICT OF LOUISIANA