UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

---

**MORRIS & DICKSON CO., LLC**           CIVIL ACTION NO.: 18-0605

**VERSUS**                              JUDGE ELIZABETH ERNY FOOTE

**JEFFERSON B. SESSIONS, III, ET AL.**  MAGISTRATE JUDGE HORNSBY

---

## JUDGMENT

Considering the motion to dismiss filed by Morris & Dickson Co., LLC ("Morris & Dickson") [Record Document 31],

**IT IS ORDERED, ADJUDGED, and DECREED** that the motion is **GRANTED**, and Morris & Dickson's claims are hereby **DISMISSED WITHOUT PREJUDICE.**

**IT IS FURTHER ORDERED** that any pending motions are **DENIED AS MOOT**.

The Clerk of Court is now requested to close this case.

**THUS DONE AND SIGNED** in Shreveport, Louisiana, this 22nd day of May, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE